FORM B6A
(6/90)

In re:   **Gale Beachum**                         **Nancy Beachum**                    .        Case No.   _____
                 **Debtor**                                                                                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **residence at 1404 Miller Dr., Herrin, IL** | **Fee Owner** | **J** | **$ 135,000.00** | **$ 155,000.00** |
| | **Total** ➢ | | **$ 135,000.00** | |

(Report also on Summary of Schedules.)

FORM B6B
(10/89)

In re **Gale Beachum**                **Nancy Beachum**          `           Case No. _____
                    Debtor                                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **personal cash on hand** | **J** | **50.00** |
| 1. Cash on hand | | **Petty Cash at business** | **J** | **50.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of Marion, business account** | **J** | **400.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of Marion, Business savings account** | **J** | **1,000.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Banterra Bank of Herrin -  personal checking** | **J** | **200.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Banterra Bank of Herrin - personal savings account** | **J** | **60.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Washington Mutual Fund** | **J** | **7,279.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **ordinary household goods and furnishings, including: couch, chair, TV, VCR, DVD player, washer, dryer, water bed, desk, chest, shelves, small bed, waterbed, luggate, shelves, dresser, lamp, bed, dresser, microwave, refrigerator, luggage, deep freeze, couch, 2 chairs, old piano, 3 lamp tables, coffee table, lamps, dining table & 4 chairs, , lawn furniture,** | **J** | **1,000.00** |

FORM B6B
(10/89)

In re  **Gale Beachum**                    **Nancy Beachum**              ·      Case No. _____
                    Debtor                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **ordinary wearing apparel** | **J** | **200.00** |
| 7. Furs and jewelry. | | **pearl necklace** | **W** | **500.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **410 shotgun and single shot 22 rifle** | **H** | **100.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | **AG Edwards 401K** | **H** | **9,300.00** |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | **AG Edwards IRA** | **H** | **3,171.00** |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | **AG Edwards IRA** | **W** | **907.00** |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | **Pepsi retirement plan** | **H** | **unknown** |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | | **Accounts Receivable of Wagonlit Travel** | **J** | **0.00** |
| 15. Accounts receivable. | | **commissions due travel agency** | **J** | **31,462.00** |
| | | | | |

FORM B6B
(10/89)

In re  **Gale Beachum**                **Nancy Beachum**          ,    Case No. _____
                    Debtor                                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1992 Ford pickup truck - doesn't run - transmission is out** | J | **2,000.00** |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1992 Sabel** | J | **500.00** |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1994 Explorer with 115,000 miles (needs new transmission -transmission is slipping)** | J | **2,400.00** |
| 24. Boats, motors, and accessories. | | **1989 Runker runabout** | J | **3,500.00** |
| 24. Boats, motors, and accessories. | | **1994 Star Craft Camper** | J | **5,000.00** |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | **home computer and table 4 years old** | J | **10.00** |
| 26. Office equipment, furnishings, and supplies. | | **office furniture at travel agency, 4 desks and 10 file cabinets and old computers and printers and copy machine** | J | **2,000.00** |

FORM B6B
(10/89)

In re **Gale Beachum**                    **Nancy Beachum**          ·     Case No. _____
              **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | | **5 yr old riding mower and Misc. lawn tools** | J | **200.00** |
| 33. Other personal property of any kind not already listed. Itemize. | | **Misc. hand tools including drill press, radial arm saw, air compressor, shop vac** | J | **500.00** |

_3_   continuation sheets attached          Total  ˃   | **$ 71,789.00**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

FORM B6C
(6/90)

In re **Gale Beachum**                    **Nancy Beachum**                    , **Case No.** _____
                    Debtor.                                                              **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1)    Exemptions provided in 11 U.S.C. § 522(d).    **Note:  These exemptions are available only in certain states.**

☑ 11 U.S.C. § 522(b)(2)    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY, WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **1989 Runker runabout** | **735 ILCS 5/12-1001(b)** | **1,650.00** | **3,500.00** |
| **1994 Explorer with 115,000 miles (needs new transmission -transmission is slipping)** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **2,400.00** |
| **410 shotgun and single shot 22 rifle** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **5 yr old riding mower and Misc. lawn tools** | **735 ILCS 5/12-1001(b)** | **200.00** | **200.00** |
| **AG Edwards 401K** | **735 ILCS 5/12-1006** | **9,300.00** | **9,300.00** |
| **AG Edwards IRA** | **735 ILCS 5/12-1006** | **3,171.00** | **3,171.00** |
| **AG Edwards IRA** | **735 ILCS 5/12-1006** | **907.00** | **907.00** |
| **Bank of Marion, business account** | **735 ILCS 5/12-1001(b)** | **0.00** | **400.00** |
| **Bank of Marion, Business savings account** | **735 ILCS 5/12-1001(b)** | **0.00** | **1,000.00** |
| **Banterra Bank of Herrin - personal checking** | **735 ILCS 5/12-1001(b)** | **0.00** | **200.00** |
| **Banterra Bank of Herrin - personal savings account** | **735 ILCS 5/12-1001(b)** | | **60.00** |
| **home computer and table 4 years old** | **735 ILCS 5/12-1001(b)** | **10.00** | **10.00** |
| **Misc. hand tools including drill press, radial arm saw, air compressor, shop vac** | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| **office furniture at travel agency, 4 desks and 10 file cabinets and old computers and printers and copy machine** | **735 ILCS 5/12-1001(d)** | **1,500.00** | **2,000.00** |

FORM B6C
(6/90)

In re **Gale Beachum**                    **Nancy Beachum**                    , **Case No.** _____
                    Debtor.                                                              **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY, WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| ordinary household goods and furnishings, including: couch, chair, TV, VCR, DVD player, washer, dryer, water bed, desk, chest, shelves, small bed, waterbed, luggate, shelves, dresser, lamp, bed, dresser, microwave, refrigerator, luggage, deep freeze, couch, 2 chairs, old piano, 3 lamp tables, coffee table, lamps, dining table & 4 chairs, , lawn furniture, | 735 ILCS 5/12-1001(b) | 1,000.00 | 1,000.00 |
| ordinary wearing apparel | 735 ILCS 5/12-1001(a),(e) | 200.00 | 200.00 |
| pearl necklace | 735 ILCS 5/12-1001(b) | 500.00 | 500.00 |
| Pepsi retirement plan | 735 ILCS 5/12-1006 | unknown | unknown |
| personal cash on hand | 735 ILCS 5/12-1001(b) | 0.00 | 50.00 |
| Petty Cash at business | 735 ILCS 5/12-1001(b) | 40.00 | 50.00 |
| residence at 1404 Miller Dr., Herrin, IL | 735 ILCS 5/12-901 | 15,000.00 | 135,000.00 |

FORM B6D
(12/03)

In re: **Gale Beachum**      **Nancy Beachum**                    ,      Case No. _____

Debtor                                                                                          (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Banterra Bank** 315 S. Parr Ave Herrin, IL  62948 | | J | **First Lien on Residence** **residence at 1404 Miller Dr., Herrin, IL (1st and 2nd mtg)** _____ **VALUE $135,000.00** | | | | **52,000.00** | **0.00** |
| ACCOUNT NO. **Herrin Security Bank** 114 W. Monroe Herrin, IL  62948 | | | **Security Agreement** **1992 Ford pickup truck - doesn't run - transmission is out - $2,000** **1992 Sabel- poor condition $500** **1994 Star Craft Camper - $5000** **Mutual Fund - $7279** _____ **VALUE $14,779.00** | | | | **10,000.00** | **0.00** |
| ACCOUNT NO. **SBA** 511 W. Capitol Ave., Suite 302 Springfield, IL 62704 | | | **Second Lien on Residence** **residence at 1404 Miller Dr., Herrin, IL** _____ **VALUE $83,000.00** | | | | **103,000.00** | **20,000.00** |

<u>0</u> Continuation sheets attached

| | |
|---|---|
| **Subtotal** ➢ (Total of this page) | **$165,000.00** |
| **Total** ➢ (Use only on last page) | **$165,000.00** |

(Report total also on Summary of Schedules)

Form B6E
(12/03)

In re __Gale Beachum_____ __Nancy Beachum_____, Case No. _____
　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**　　(Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Other Priority Debts**

* Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

__1__  Continuation sheets attached

Form B6E - Cont.
(12/03)

In re **Gale Beachum**                    **Nancy Beachum**                    ,  Case No.
       Debtor                                                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Commonwealth of Kentucky** | | J | **taxes** | | | | 858.00 | 858.00 |
| ACCOUNT NO.<br><br>**IL Dept. Employment Security**<br>**P. O. Box 3637**<br>**Springfield, IL 62708** | | J | **2001 withholding** | | | | 1,102.00 | 1,102.00 |
| ACCOUNT NO.<br><br>**IRS**<br>**Special Procedures**<br>**Stop 5013 CHI**<br>**P. O. Box 745**<br>**Chicago, IL 60690** | | J | **2001 withholding tax** | | | | 27,000.00 | 27,000.00 |

Sheet no.  1  of  1  sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ➤   **$28,960.00**
(Total of this page)

Total ➤   **$28,960.00**
(Use only on last page of the completed Schedule E.)
(Report total also on Summary of Schedules)

Form B6F (12/03)

In re  **Gale Beachum**_____  **Nancy Beachum**_____ .  Case No. _____
　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐　Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | H | | | | X | 14,500.00 |
| **Action Travel Services, Inc.** **c/o Alleman & Hicks** **310 E. Main St.** **Carbondale, IL 62901** **Tom and Cheryl Couch** **11644 Hurrcaine Rd** **Carterville, IL 62918** | | | **suit pending in Williamson County for breach of contract** | | | | |
| ACCOUNT NO.　**M7724** | | J | 11/01 | | | X | 0.00 |
| **AFLAC** **1932 Wynnton Road** **Columbus, GA 31999** | | | **business debt** | | | | |
| ACCOUNT NO.　**182155064** | | J | 6/01 | | | X | 0.00 |
| **Airborne Express** **P. O. Box 91001** **Seattle, WA 98111** **Weinstock & O'Malley** **for Airborne** **105 White Oak Lane, 2nd Fl** **Old Bridge, NJ 08856** | | | **business debt** | | | | |
| ACCOUNT NO.　**ALH02112** | | J | 02 | | | X | 0.00 |
| **Airborne Express** **c/o Weinstock & O'Malley** **105 White Oak Lane 2nd Fl** **Oak Bridge, NJ 08857** | | | **express delivery** | | | | |

　　　7　Continuation sheets attached

Subtotal　▸　　　　　　　　$14,500.00

Total　▸

Form B6F - Cont.
(12/03)

In re **Gale Beachum** _____ **Nancy Beachum** _____ , Case No. _____

　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **88020-06023** <br> **Ameren CIPS** <br> **P. O. Box 66875** <br> **St. Louis, MO 63166** | | **J** | **10/01** <br><br> **business debt** | | | **X** | **0.00** |
| ACCOUNT NO. <br> **American Express** <br> **Suite 0002** <br> **Chicago, IL 60679-0002** <br><br> **OSI Collection Services, Inc.** <br> **P. O. Box 43050** <br> **Phoenix, AZ 85080** <br><br> **OSI Collection Services, Inc.** <br> **20401 N. 29th St., #110** <br> **Phoenix, AZ 85027-3149** | | **J** | **charge card** | | | | **103,335.46** |
| ACCOUNT NO. **2695A** <br> **American Income Life Ins** <br> **P. O. Box 50158** <br> **Indianapolis, IN 46250** | | | **trip insurance** | | | | **160.00** |
| ACCOUNT NO. <br> **Area Bank** <br> **1601 Broadway** <br> **Paducah, KY 42001** <br><br> **Todd A. Farmer** <br> **Atty for Area Bank** <br> **P. O. Box 8167** <br> **Paducah, KY 42002-8167** | | **J** | **deficiency on business loan** | | | | **22,000.00** |

Sheet no. _1_ of _7_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)　　**$125,495.46**

Total ➤
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re  **Gale Beachum** _____  **Nancy Beachum** _____ .  Case No. _____
                    Debtor                                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **AV57752-01-0000-6**<br><br>**Avis - ATTN Kevin Fowley**<br>**300 Centre Pointe Drive**<br>**Virginia Beach, VA 23462-4415** | | J | **2001**<br>**car rental** | | | X | 1,011.56 |
| ACCOUNT NO.  **5544 5710 1115 6066**<br><br>**Bank One**<br>**P. O. Box 50882**<br>**Henderson, NV 89016-0884**<br><br>**Bank One**<br>**P. O. Box 8650**<br>**Wilmington, DE 19899-8650**<br><br>**Bonded Collection Corporation**<br>**29 East Madison St. Suite 1650**<br>**Chicago, IL 60602-4427** | | J | **2001**<br>**charge card** | | | | 4,261.95 |
| ACCOUNT NO.  **101061937**<br><br>**Bell South Advertising**<br>**P. O. Box 105852**<br>**Atlanta, GA 30348**<br><br>**NCO Financial for Bell South**<br>**1350 Blaire Dr., Suite H**<br>**Odenton, MD 21113-1337**<br><br>**National Asset Recovery, Inc.**<br>**2880 Dresden Dr., Suite 200**<br>**Atlanta, GA 30341** | | J | **9/01**<br>**business debt** | | | | 3,504.67 |
| ACCOUNT NO.<br><br>**Bill Staley**<br>**Energy, IL 62933** | | | **possible claim for default in lease** | | | X | 0.00 |

Sheet no. _2_ of _7_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢
(Total of this page)

$8,778.18

Total ➢
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re  **Gale Beachum**                    **Nancy Beachum**                    .  Case No.
　　　　　　　　　Debtor                                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Capital One**<br>P. O. Box 60000<br>Seattle, WA 98190 | | J | charge card | | | X | 3,146.00 |
| ACCOUNT NO.<br>**Carlson Wagonlit Travel**<br>Minneapolis, MN 55459-8257<br><br>**Carlson Leisure Group**<br>P. O. Box 96366<br>Chicago, IL 60693 | | J | terminated contract | | | | 18,641.00 |
| ACCOUNT NO.  **66734**<br>**Cinergy Communications**<br>P. O. Box 5288<br>Carol Stream, IL 60197-5288<br><br>**Cinergy Communications**<br>1419 W. Lloyd Expressway<br>Evansville, IN  47710-1063 | | J | 10/01<br>business debt | | | X | 0.00 |
| ACCOUNT NO.<br>**CMCS**<br>66 Boone Hill Dr.<br>St. Peter, MO 63376-2409 | | J | advertising | | | | unknown |

Sheet no.  3  of  7  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤

(Total of this page)

Total  ➤

**(Use only on last page of the completed Schedule F.)**

| | |
|---|---|
| Subtotal | **$21,787.00** |
| Total | |

Form B6F - Cont.
(12/03)

In re **Gale Beachum**          **Nancy Beachum**          . Case No. _____
　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**CTS International**<br>**P. O. Box 4537 Dept. 49**<br>**Carolstream, IL 60197-4537**<br><br><br>**CTS International**<br>**332 5th Ave**<br>**Pittsburgh, PA 15222**<br><br>**David L. Phillips**<br>**Suite 800 Lawyers Bldg**<br>**428 Forbes Ave**<br>**Pittsburgh, PA 15219-1674** | | J | **business debt - suit pending in Pittsburg, PA** | | | X | 9,500.00 |
| ACCOUNT NO. **6011007745512573**<br><br>**Discover Card**<br>**P. O. Box 30952**<br>**Salt Lake City, UT 84130-0952**<br><br><br>**Discover Card**<br>**P. O. Box 3008**<br>**New Albany, OH 43054-3008**<br><br>**Discover Card**<br>**P.O. Box 15192**<br>**Wilmington, DE 19850-5192** | | J | charge card | | | | 9,399.00 |
| ACCOUNT NO.<br><br>**Eggemeyer Tansportation Services, I**<br>**2421 Old Plank Road**<br>**Chester, IL 62299** | | J | 6/01<br>**business debt** | | | | 9,600.00 |

Sheet no. _4_ of _7_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤　(Total of this page)　| $28,499.00 |

Total ➤
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re  **Gale Beachum**                    **Nancy Beachum**                    .  Case No.
        Debtor                                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **001 0022747 2**<br><br>**First Cellular**<br>**P. O. Box 740166**<br>**Cincinnati, OH 45274** | | J | **10/01**<br><br>**business debt** | | | X | 0.00 |
| ACCOUNT NO.  **B00405-001**<br><br>**Health Alliance**<br>**102 East Main Street**<br>**Urbana, IL 61801-2744**<br><br><br>**Business Service Bureau**<br>**206 N. Randolph, Suite 501**<br>**Champaign, IL 61820** | | J | **10/01**<br><br>**business debt** | | | | 3,187.00 |
| ACCOUNT NO.<br><br>**Illinois Centre Group LLC**<br>**3000 W. DeYoung St., Suite 604**<br>**Marion, IL 62959** | | J | **2002**<br><br>**back due office rent** | | | X | 14,765.99 |
| ACCOUNT NO.  **5490 9922 0180 2562**<br><br>**MBNA**<br>**P.O. Box 15026**<br>**Wilmington, DE 19850-5026** | | J | **charge card** | | | | 41,093.87 |
| ACCOUNT NO.  **406151 420897**<br><br>**Office Ware**<br>**1462 Solutions Cetner**<br>**Chicago, IL 60677-1004**<br><br><br>**Office Ware**<br>**8050 Hoabrook Rd, Suite 220**<br>**Cincinnati, OH 45236** | | J | **possible deficiency on repossessed copier** | | | X | 0.00 |

Sheet no. _5_ of _7_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

**$59,046.86**

Total ➤

**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re  **Gale Beachum**                    **Nancy Beachum**                    .    Case No.
                    Debtor                                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Petter Business Systems**<br>**5110 Charter Oak Dr.**<br>**Paducah, KY  42002** | | J | **8/01**<br><br>**possible claim for unpaid rent for Kentucky office** | | | X | **unknown** |
| ACCOUNT NO.<br><br>**Pitney Bowes Credit Corp**<br>**P. O. Box 856460**<br>**Louisville, KY 40285-6460** | | J | | | | | **0.00** |
| ACCOUNT NO.<br><br>**Raines Bus Lines, Inc.**<br>**Route 1, Box 125**<br>**Golconda, IL 62938** | | J | **10/01**<br><br>**business debt** | | | X | **0.00** |
| ACCOUNT NO.<br><br>**Sam's Club**<br>**P. O. Box 4537 Dept. 49**<br>**Carolstream, IL 60197-4537** | | J | **business charge card** | | | | **0.00** |
| ACCOUNT NO.   **21Z129**<br><br>**Sprint**<br>**c/o NCO Financial Systems, Inc.**<br>**P. O. Box 41417, Dept. 99**<br>**Philadelphia, PA 19101** | | J | **old phone bill** | | | X | **0.00** |

Sheet no.  6  of  7  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢
(Total of this page)

Total ➢
**(Use only on last page of the completed Schedule F.)**

| | |
|---|---|
| | **$0.00** |
| | |

Form B6F - Cont.
(12/03)

In re **Gale Beachum**      **Nancy Beachum**      Case No. _____

           Debtor                                                         (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Verizon**<br>**Solomon & Solomon**<br>**Box 15019**<br>**Albany, NY 12112** | | J | **old phone bills**<br>**Acct 6185494664991004**<br>**Acct 6189426821850110** | | | | **900.22** |
| ACCOUNT NO. **12 9005 2726243002 0**<br>**Verizon**<br>**P. O. Box 33056**<br>**St. Peterburg, FL 33733-8056**<br><br>**Verizon**<br>**P. O. Box 920041**<br>**Dallas, TX 75392-0041** | | J | **old phone bill** | | | | **174.82** |
| ACCOUNT NO. **892640**<br>**Verizon**<br>**NCO Financial Systems, Inc.**<br>**3850 N. Causeway BLVD, Suite 200**<br>**Metairie, LA 70002** | | J | **old phone bill** | | | | **5,971.94** |
| ACCOUNT NO. **2695A**<br>**WKYX**<br>**c/o Deborah B. Simon**<br>**P. O. Box 9454**<br>**Paducah, KY 42002-9454** | | J | **4/01**<br>**advertising** | | | | **624.00** |
| ACCOUNT NO.<br>**Youngblood CPA**<br>**305 North 16th Street**<br>**Herrin, IL 62948** | | J | **business debt** | | | | **7,000.00** |

Sheet no. 7 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤

(Total of this page)

| $14,670.98 |
|---|

Total ➤

**(Use only on last page of the completed Schedule F.)**

| $272,777.48 |
|---|

(Report also on Summary of Schedules)

Form B6G
(10/89)

In re:  **Gale Beachum** _____ **Nancy Beachum** _____ ,   Case No. _____

DEBTOR (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| **Carlson Leisure Group**<br>P. O. Box 96366<br>Chicago, IL  606903<br><br>**Carlson Wagonlit Travel**<br>**Minneapolis, MN 55459-8257** | **Terminated contract with francisor for franchise fees, etc. Amount varies monthly Contract from 7-1998 through 7/2003 amount due is $18,641** |
| **Illinois Center Mall**<br>3000 W. DeYoung St.<br>Marion, IL 62959 | **lease of office space in Illinois Center Mall Lease expires in 2005 and rent is $1250 per month.  Plus debtor is paying an additional $200 a month on back due rent.** |
| **Pitney Bowes Credit Corp**<br>P. O. Box 856460<br>Louisville, KY 40285-6460 | **debtor is terminating monthly contract on postage meter for cost of approximately $500** |

B6H
(6/90)

In re: **Gale Beachum**                    **Nancy Beachum**          .    Case No. _____
                 **Debtor**                                                                    **(If known)**

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

Form B6I
(12/03)

In re  **Gale Beachum, Nancy Beachum**                    , Case No. _____
_____                              (If known)
                        Debtor

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| Debtor's Marital Status:  **married** | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| Debtor's Age:  **55** | RELATIONSHIP | | AGE |
| Spouse's Age:  **51** | **son** | | **24** |
| | **son** | | **15** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **V-P - Legistics** | **General Manager** |
| Name of Employer | **Pepsi & Crisp Container** | **Carlson Wagonlit travel agency** |
| How long employed | **2 years** | |
| Address of Employer | | |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ **6,666.66** | $ **0.00** |
| Estimated monthly overtime | $ **0.00** | $ **0.00** |
| SUBTOTAL | $ **6,666.66** | $ **0.00** |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ **2,000.00** | $ **0.00** |
| b. Insurance | $ **Unknown** | $ **0.00** |
| c. Union dues | $ **0.00** | $ **0.00** |
| d. Other (Specify) | $ **0.00** | $ **0.00** |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ **2,000.00** | $ **0.00** |
| TOTAL NET MONTHLY TAKE HOME PAY | $ **4,666.66** | $ **0.00** |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ **0.00** | $ **10,620.00** |
| Income from real property | $ **0.00** | $ **0.00** |
| Interest and dividends | $ **0.00** | $ **0.00** |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ **0.00** | $ **0.00** |
| Social security or other government assistance (Specify) | $ **0.00** | $ **0.00** |
| Pension or retirement income | $ **0.00** | $ **0.00** |
| Other monthly income | | |
| (Specify) | $ **0.00** | $ **0.00** |
| TOTAL MONTHLY INCOME | $ **4,666.66** | $ **10,620.00** |

TOTAL COMBINED MONTHLY INCOME    **$ 15,286.66**    (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:    **NONE**

Form B6J
(6/90)

In re **Gale Beachum, Nancy Beachum** , Case No.

Debtor (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse".

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 727.00 |
| Are real estate taxes included? Yes ___ No ✓ | | |
| Is property insurance included? Yes ___ No ✓ | | |
| Utilities    Electricity and heating fuel | $ | 300.00 |
|       Water and sewer | $ | 45.00 |
|       Telephone | $ | 70.00 |
|       Other _____ | $ | 0.00 |
|       **cell phone** | $ | 0.00 |
| Home maintenance (repairs and upkeep) | $ | 100.00 |
| Food | $ | 300.00 |
| Clothing | $ | 100.00 |
| Laundry and dry cleaning | $ | 35.00 |
| Medical and dental expenses | $ | 300.00 |
| Transportation (not including car payments) | $ | 300.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|       Homeowner's or renter's | $ | 83.00 |
|       Life | $ | 35.00 |
|       Health | $ | 0.00 |
|       Auto | $ | 167.00 |
|       Other _____ | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)   **real estate taxes** | $ | 259.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
|       Auto | $ | 0.00 |
|       Other   **Herrin Security Bank** | $ | 560.00 |
|       **Second Mortgage** | $ | 227.00 |
| Alimony, maintenance or support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 9,520.00 |
| Other   **ball games, band and Scouting expenses** | $ | 50.00 |
|       **barber shop/beauty shop** | $ | 30.00 |
|       **cigarettes** | $ | 160.00 |
|       **High School expenses** | $ | 20.00 |
|       **License** | $ | 20.00 |
|       **personal hygiene items, cleaning supplies, paper pro** | $ | 200.00 |
|       **Pet food** | $ | 45.00 |
|       **rotary, VFW and chamber dues** | $ | 35.00 |
|       **School lunches** | $ | 50.00 |
|       **work lunches** | $ | 100.00 |

**Form B6J**
**(6/90)**

In re   **Gale Beachum, Nancy Beachum**                                   ,    Case No. _____

Debtor                                                                                      **(If known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)              $ ___**13,938.00**___

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

A. Total projected monthly income                                           $ ___**15,286.66**___
B. Total projected monthly expenses                                         $ ___**13,938.00**___
C. Excess income (A minus B)                                                $ ___**1,348.66**___
D. Total amount to be paid into plan each        _____**Monthly**_____   $ ___**1,348.66**___
                                                        (interval)

**UNITED STATES BANKRUPTCY COURT**
**Southern District of Illinois**

In re:  **Gale Beachum**                          **Nancy Beachum**                          Case No. _____

Chapter  **13**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE:  ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1.  Gross Income For 12 Months Prior to Filing:                          $ _____

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2.  Gross Monthly Income:                                                      $ _____ **0.00**

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

    3.  Net Employee Payroll (Other Than Debtor)          $ _____ **0.00**
    4.  Payroll Taxes                                                   _____ **0.00**
    5.  Unemployment Taxes                                     _____ **0.00**
    6.  Worker's Compensation                                  _____ **0.00**
    7.  Other Taxes                                                    _____ **0.00**
    8.  Inventory Purchases (Including raw  materials)  _____ **0.00**
    9.  Purchase of Feed/Fertilizer/Seed/Spray         _____ **0.00**
    10. Rent (Other than debtor's principal residence)  _____ **0.00**
    11. Utilities                                                       _____ **0.00**
    12. Office Expenses and Supplies                        _____ **0.00**
    13. Repairs and Maintenance                             _____ **0.00**
    14. Vehicle Expenses                                        _____ **0.00**
    15. Travel and Entertainment                             _____ **0.00**
    16. Equipment Rental and Leases                       _____ **0.00**
    17. Legal/Accounting/Other Professional Fees      _____ **0.00**
    18. Insurance                                                    _____ **0.00**
    19. Employee Benefits (e.g., pension, medical, etc.)  _____ **0.00**
    20. Payments to Be Made Directly By Debtor to Secured Creditors For
         Pre-Petition Business Debts (Specify):
         **None**                                                     _____

    21. Other (Specify):

         **None**                                                     _____

    22. Total Monthly Expenses (Add items 3 - 21)                       $ _____ **0.00**

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

    23. AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)     $ _____ **0.00**

**SPOUSE**

<u>FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS</u> (NOTE:  ONLY INCLUDE information directly related to the business operation.

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1.  Gross Income For 12 Months Prior to Filing:         $     **127,422.00**

PART B - ESTIMATED AVERAGE FUTURE <u>GROSS</u> MONTHLY INCOME:

    2.  Gross Monthly Income:        $     **10,620.00**

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

| | |
|---|---:|
| 3.  Net Employee Payroll (Other Than Debtor) | $ **5,280.00** |
| 4.  Payroll Taxes | **370.00** |
| 5.  Unemployment Taxes | **0.00** |
| 6.  Worker's Compensation | **0.00** |
| 7.  Other Taxes | **0.00** |
| 8.  Inventory Purchases (Including raw  materials) | **0.00** |
| 9.  Purchase of Feed/Fertilizer/Seed/Spray | **0.00** |
| 10.  Rent (Other than debtor's principal residence) | **1,450.00** |
| 11.  Utilities | **0.00** |
| 12.  Office Expenses and Supplies | **300.00** |
| 13.  Repairs and Maintenance | **69.00** |
| 14.  Vehicle Expenses | **0.00** |
| 15.  Travel and Entertainment | **29.00** |
| 16.  Equipment Rental and Leases | **0.00** |
| 17.  Legal/Accounting/Other Professional Fees | **100.00** |
| 18.  Insurance | **75.00** |
| 19.  Employee Benefits (e.g., pension, medical, etc.) | **0.00** |

20.  Payments to Be Made Directly By Debtor to Secured Creditors For
      Pre-Petition Business Debts (Specify):

      **SBA**            **518.00**

21.  Other (Specify):

      **advertising & promotion**        **250.00**

      **automation**        **372.00**

      **dues & subscriptions**        **27.00**

      **other costs/outside services**        **30.00**

      **postage/delivery**        **200.00**

      **telephone**        **450.00**

22.  Total Monthly Expenses (Add items 3 - 21)        $     **9,520.00**

PART D - ESTIMATED AVERAGE <u>NET</u> MONTHLY INCOME:

23.  AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)        $     **1,100.00**

**Form B6**
**(6/90)**

# United States Bankruptcy Court
# Southern District of Illinois

In re  **Gale Beachum**              **Nancy Beachum**              Case No.

                                                                    Chapter    **13**

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 135.000.00 | | |
| B - Personal Property | YES | 4 | $ 71,789.00 | | |
| C - Property Claimed as Exempt | YES | 2 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 165.000.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $ 28,960.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 8 | | $ 272.777.48 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 15,286.66 |
| J - Current Expenditures of Individual Debtor(s) | YES | 4 | | | $ 13,938.00 |
| Total Number of sheets in ALL Schedules ➤ | | 25 | | | |
| Total Assets ➤ | | | $ 206,789.00 | | |
| Total Liabilities ➤ | | | | $ 466,737.48 | |

Official Form 6 - Cont .
(12/03)

In re: __Gale Beachum_____ __Nancy Beachum_____.     Case No. _____
                 **Debtor**                                                                           **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of        **25**_____
                                                                             (Total shown on summary page plus 1.)

sheets plus the summary page, and that they are true and correct to the best of my knowledge, information, and belief.

Date:  __4/25/2004_____                             Signature:  __**s/ Gale Beachum**_____
                                                                             **Gale Beachum**

Date:  __4/25/2004_____                             Signature:  __**s/ Nancy Beachum**_____
                                                                                **Nancy Beachum**

[If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT  APPLICABLE)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

Form 7
(12/03)

### UNITED STATES BANKRUPTCY COURT

#### Southern District of Illinois

In re: **Gale Beachum**          **Nancy Beachum**          Case No. _____

**3854**                         **8239**                  Chapter    **13**

# STATEMENT OF FINANCIAL AFFAIRS

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **56,830.00** | **Husband's job at Pepsi & Crisp** | **2002** |
| **5,260.00** | **Wife's income from Carlson Wagonlit Travel** | **2002** |
| **71,450.00** | **Husband's job at Pepsi & Crisp** | **2003** |
| **0.00** | **Wife income from Carlson Wagonlit Travel** | **2003** |
| **22,000.00** | **Husband's job at Pepsi & Crisp** | **2004** |
| **0.00** | **wife's income from travel agency** | **2004** |

---

### 2. Income other than from employment or operation of business

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

---

### 3. Payments to creditors

None ☐

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Eggemeyer Tansportation Services, I** <br> **2421 Old Plank Road** <br> **Chester, IL 62299** | **in the last 90 days** | **550.00** | **14,000.00** |

b.   List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4.   Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a.   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Action Travel Services, Inc. vs. Gale Beachum** <br>    **04-LM-106** | **collection suit** | **Williamson County Circuit Court** | **filed 3/18/04, pending** |
| **The Review vs. debtors** | **collection suit** | **Williamson County, IL Cir. Court** | **paid $400.00** |
| **Area Bank vs. Gale and Nancy Beachum** <br>    **02-CI-331** | **collection suit** | **McCracken Co., KY Circuit Court** | **judgment entered** |

b.   Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☐

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Area Bank** <br> **1601 Broadway** <br> **Paducah, KY  42001** | | **wage garnishment of $643.95, bi-monthly - started 12/15/02** |

## 5.   Repossessions, foreclosures and returns

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Office Ware**<br>**1462 Solutions Cetner**<br>**Chicago, IL 60677-1004** | **12/02/2003** | **repossessed copier** |

---

## 6.  Assignments and receiverships

None
☑

a.  Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

## 7.  Gifts

None
☐

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Various customers** | **none** | | **gave away 2 or 3  trips during the last year for advertising purposes - each worth $200 or less.** |

---

## 8.  Losses

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

None
☐

    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Office of Terry Sharp, P. C.**<br>**1115 Harrison Street**<br>**PO Box 906**<br>**Mount Vernon, IL 62864** | **3/03** | **$1500** |

## 10. Other transfers

None
☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Various customers**<br>   **none** | | **various people purchased used office equipment for various amounts from Consignment store in Murphysboro** |

## 11. Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Herrin Security Bank**<br>**Herrin, IL** | **closed checking account** | **9/02** |

## 12. Safe deposit boxes

None
☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

| NAME AND ADDRESS<br>OF BANK OR<br>OTHER DEPOSITORY | NAMES AND ADDRESSES<br>OF THOSE WITH ACCESS<br>TO BOX OR DEPOSITORY | DESCRIPTION<br>OF<br>CONTENTS | DATE OF TRANSFER<br>OR SURRENDER,<br>IF ANY |
|---|---|---|---|
| **Bank of Herrin**<br>**Herrin, IL** | **personal safe deposit box in**<br>**both names** | **Misc. papers** | |
| **Herrin Security Bank**<br>**Herrin, IL** | **debtors** | **nothing** | |

## 13. Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF<br>SETOFF | AMOUNT OF<br>SETOFF |
|---|---|---|

## 14. Property held for another person

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS<br>OF OWNER | DESCRIPTION AND VALUE<br>OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Brandon Beachum**<br>**1404 Miller Drive**<br>**Herrin, IL** | **Debtor's name is on son,**<br>**Brandon's checking account**<br>**and Debtors' son, Brandon has**<br>**TV, Computer, bike, Toys and**<br>**telephone** | **debtors' residence** |
| **Paul Beachum**<br>**1404 Miller Dr.**<br>**Herrin, IL** | **Debtor's name is on son's**<br>**savings bond and son has**<br>**motorcycle, TV, VCR, games,**<br>**computer & equipment, bikes,**<br>**toys, telephone** | **debtors residence** |
| **Pittney Bowes** | **postage meter(Debtor intends**<br>**to terminate contract and return**<br>**postage meter)** | **3000 W. DeYoung, Marion, IL** |
| **Rainbow** | **water cooler** | **3000 W. DeYoung, Marion, IL** |
| **World Span** | **reservation system** | **3000 W. DeYoung, Marion, IL** |

## 15. Prior address of debtor

None
☐

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **300 N. Pershing, Suite B**<br>**Energy, IL 62933** | **Carlson Wagonlit Travel** | **closed 12/5/01** |
| **627 Broadway**<br>**Paducah, KY 42002** | **Carlson Wagonlit Travel** | **closed 11/1/99** |
| **148 Plaza**<br>**623 N. Pershing**<br>**Energy, IL** | **Carlson Wagonlit Travel** | **moved 5/00** |

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **3000 W. DeYoung, Suite 280**<br>**Marion, IL** | **Carlson Wagonlit Travel** | **7/98 to 3/03** |
| **1704 Broadway**<br>**Paducah, KY** | **Carlson Wagonlit Travel** | **moved 9/1/99** |

## 16.  Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a.    List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None
☑

| SITE NAME AND<br>ADDRESS | NAME  AND ADDRESS<br>OF GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

b.     List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☑

| SITE NAME AND<br>ADDRESS | NAME  AND ADDRESS<br>OF GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

c.     List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☑

| NAME  AND ADDRESS<br>OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR<br>DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None
☐

a.      If the debtor is an individual, list the names, addresses,  taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

If the debtor is a partnership, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **Carlson Wagonlit Travel** | **3000 W. DeYoung S** | **Marion, IL** | **travel agency** | **11/01/1997** |
| | | | | **03/03/2003** |

b.      Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☑

| NAME | ADDRESS |
|------|------|

## 19. Books, records and financial statements

None
☐

a.  List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Randall Youngblood**<br>**P. O. Box 2032**<br>**Herrin, IL  62948** | **over 2 years** |

b.  List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None
☑

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|

c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

None
☐

| NAME | ADDRESS |
|------|------|
| **Debtors and** | **Randall Youngblood** |

d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

None
☑

NAME AND ADDRESS                                     DATE ISSUED
_____

## 20. Inventories

None
☑

a.  List the dates of the last two inventories taken of your property, the name of the person who
supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY        INVENTORY SUPERVISOR           DOLLAR AMOUNT OF INVENTORY
                                                        (Specify cost, market or other basis)
_____

b.  List the name and address of the person having possession of the records of each of the two
inventories reported in a., above.

None
☑

DATE OF INVENTORY                          NAME AND ADDRESSES OF CUSTODIAN
                                           OF INVENTORY RECORDS
_____

## 21. Current Partners, Officers, Directors and Shareholders

None
☑

a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each
member of the partnership.

NAME AND ADDRESS              NATURE OF INTEREST        PERCENTAGE OF INTEREST
_____

b.  If the debtor is a corporation, list all officers and directors of the corporation, and each
stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting
securities of the corporation.

None
☑

                                                        NATURE AND PERCENTAGE
NAME AND ADDRESS                     TITLE              OF STOCK OWNERSHIP
_____

## 22. Former partners, officers, directors and shareholders

None
☑

a.  If the debtor is a partnership, list each member who withdrew from the partnership within **one
year** immediately preceding the commencement of this case.

NAME                         ADDRESS                    DATE OF WITHDRAWAL
_____

b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation
terminated within **one year** immediately preceding the commencement of this case.

None
☑

NAME AND ADDRESS                     TITLE              DATE OF TERMINATION
_____

## 23. Withdrawals from a partnership or distributions by a corporation

None
☑

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 24. Tax Consolidation Group.

None
☑

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six -year period** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
| --- | --- |

## 25. Pension Funds.

None
☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER |
| --- | --- |

*  *  *  *  *  *

*[if completed by an individual or individual and spouse]*
I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **4/25/2004**                          Signature of Debtor    **s/ Gale Beachum**
                                                                     **Gale Beachum**

Date  **4/25/2004**                          Signature of Joint Debtor    **s/ Nancy Beachum**
                                                                          **Nancy Beachum**

**UNITED STATES BANKRUPTCY COURT**
**Southern District of Illinois**

In re:    **Gale Beachum**                    **Nancy Beachum**              Case No. _____

Debtors                                                                   Chapter    **13**

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s)
    and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be
    paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in
    connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | **1,500.00** |
| Prior to the filing of this statement I have received | $ | **500.00** |
| Balance Due | $ | **1,000.00** |

2.  The source of compensation paid to me was:

    ☒  Debtor                    ☐  Other (specify)

3.  The source of compensation to be paid to me is:

    ☒  Debtor                    ☐  Other (specify)

4.  ☒  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates
       of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of
       my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is
       attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case,
    including:

    a)  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file
        a petition in bankruptcy;

    b)  Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

    c)  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d)  [Other provisions as needed]
        **None**

6.  By agreement with the debtor(s) the above disclosed fee does not include the following services:

    **preparing amended schedules, representation of debtors at any 2004 examination; valuation questions; 707(b)
    questions; avoiding judicial liens; objection to exemptions; objection to sale; objection to lift stay and abandon
    motions; objection to discharge; objection to Plan and any adversary action**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for
representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **4/25/2004** _____

_____
**Terry Sharp, Bar No.  02569833**

**Law Office of Terry Sharp, P. C.**
Attorney for Debtor(s)

---

**B 201** (11/03)

# UNITED STATES BANKRUPTCY COURT
## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

### Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

### Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer ($200 filing fee plus $39 administrative fee)

Chapter 12 designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family - owned farm.

I, the debtor, affirm that I have read this notice.

| | | |
|---|---|---|
| 4/25/2004 | s/ Gale Beachum | |
| Date | Signature of Debtor | Case Number |
| 4/25/2004 | s/ Nancy Beachum | |
| Date | Signature of Joint Debtor | |

# United States Bankruptcy Court
# For the Southern District of Illinois

**RIGHTS AND RESPONSIBILITIES OF CHAPTER 13 DEBTORS AND THEIR ATTORNEYS**

It is important for debtors who file a bankruptcy case under Chapter 13 to understand their rights and responsibilities. It is also important that the debtors know what their attorney's responsibilities are, and understand the importance of communicating with their attorney to make the case successful. Debtors should also know that they may expect certain services to be performed by their attorney. In order to assure that debtors and their attorney understand their rights and responsibilities in the bankruptcy process, the following guidelines provided by the Court are hereby agreed to by the debtors and their attorneys, unless the Court orders otherwise.

### After the petition is filed, the debtor(s) agree(s) to:

1. Keep the trustee and attorney informed of the debtor's address and telephone number.

2. Make all payments as called for by the plan, either through wage deduction or directly, as established by the plan.

3. Inform the attorney of any wage garnishments or attachments of assets which occur or continue after the filing of the case.

4. Contact the attorney promptly if the debtor loses his/her job or has other financial problems.

5. Let the attorney know if the debtor is sued or contacted by a creditor or an agent for a creditor after the case is filed.

6. Contact the attorney before buying, refinancing, or selling real property or before entering into any long- term loan agreements to find out what approvals are required.

7. Cooperate with attorney in preparation of all documents and hearings.

### After the petition is filed, the attorney agrees to provide the following legal services:

1. Upon information received from the debtor, take steps necessary to avoid the termination of, or to allow the reinstatement of, necessary utility services of the debtor by providing faxed proof of filing of the petition to utility service creditors.

2. Take steps necessary to obtain the return of repossessed vehicles, which are necessary to the estate, including, but not limited to, the filing of Complaints to Compel Turnover.

3. In the event of pending state or federal court litigation, notify creditor's attorneys, and appropriate court(s) in which the litigation is pending, that the bankruptcy case has been filed.

4. Send out an information letter to debtor reminding the debtor to attend the 341 hearing, specifying the time and location of that hearing, and providing information advising the debtor as to the procedures of the 341 hearing.

5. Appear at the 341 meeting of Creditors with the debtor, confer with client to prepare him or her to appear at the 341 meeting, and advise the client to cure any arrears on plan payments.

6. Upon information received from the debtor, take steps necessary to terminate pending wage garnishments, including filing a Motion to Terminate Garnishment

7. Attend all court hearings relating to: confirmation of the plan, show cause, claims, and adversarial proceedings.

8. Prepare and conduct all court mandated pre-trial conferences, reports, briefs, etc.

9. Respond to objections to plan confirmation and, where necessary, prepare an amended plan.

10. Prepare, file, and serve necessary modifications to the plan, which may include suspending, lowering, or increasing plan payments.

11. Prepare, file, and serve necessary amended statements and schedules, in accordance with information submitted by the debtor, provided the debtor pays the Court's filing fee.

12. Prepare, file, and serve necessary motions to buy, sell, or refinance real property when appropriate.

13. Object to improper or invalid claims, if necessary and if beneficial to the debtor's completion of the

chapter 13 plan, based upon documentation provided by the debtor.

14. File proofs of claims for creditors who fail to file claims, if it is in the debtor's best interest to file such a claim.

15. Represent the debtor in motions for relief from stay, if appropriate.

16. Where appropriate, prepare, file, and serve necessary motions to avoid liens on real or personal property.

17. Upon information received from the debtor, contact creditors who continue to communicate with the debtor after filing, by phone or in writing, and, if necessary and appropriate, file motions for sanctions, prepare testimony and exhibits, and appear for hearing.

18. If necessary, contact tax authorities or other third parties to gather information necessary for the case. However, such contact shall not include the obtaining of the names, addresses, account numbers and other information necessary for the inclusion and filing of creditors on any schedule of the petition, as it is the duty of the debtor to provide such information to debtor's counsel for the preparation of accurate bankruptcy schedules.

19. Communicate with debtor by phone or by being available for office appointments to discuss pending issues or matters in the present case.

20. Provide such other legal services as are necessary for the administration of the present case before the Bankruptcy Court.

The guidelines for payment of attorneys fees in chapter 13 cases for the Southern District of Illinois provide for attorney fees in the amount of $1,800.00.

Fees shall be paid through the plan as provided for by the confirmation order. The attorney may receive part of the allowed fees prior to the filing of the case for the actual services performed prior to filing, provided said fees are deducted from the total allowed fees as paid through the confirmed plan. The attorney may move to withdraw or the client may discharge the attorney at any time. Attorney agrees to perform substantially all duties designated above to receive the fee. If attorney does not substantially perform all of the above duties inclusive, then, upon filing of a motion and after a hearing before the Court, the Court may order the attorney to disgorge all or any part of the fees received, as the Court, in its discretion, deems appropriate. Unless the attorney has been found, after a motion and hearing, to have inadequately represented the debtor, the attorney shall be allowed to retain all fees already paid, if the attorney is granted leave to withdraw, is discharged by the debtor, the case is dismissed or the case is converted by another attorney.

Dated: **4/25/2004**         **s/ Gale Beachum**                    **s/ Nancy Beachum**
                              Debtor                                 Debtor


Dated: **4/25/2004**
                              _____
                              Attorney for Debtor